STATE OF MINNESOTA

IN SUPREME COURT

A14-0924

OFFICE OF APPELLATE COURTS

JUN 26 2014

FILED

In re Petition for Disciplinary Action against
John B. Arnold, a Minnesota Attorney,
Registration No. 3190.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent John B. Arnold committed professional misconduct warranting public discipline, namely, forging his clients' signatures on a settlement agreement, in violation of Minn. R. Prof. Conduct 8.4(b) and (c). Respondent pleaded guilty to aggravated forgery, a felony, and identity theft, a gross misdemeanor. The district court stayed adjudication of respondent's guilt on the aggravated forgery charge, convicted him of identity theft, and placed him on probation.

Respondent unconditionally admits the allegations in the petition, waives his rights under Rule 14, Rules on Lawyers Professional Responsibility (RLPR), and has entered into a stipulation with the Director in which they jointly recommend that the appropriate discipline is suspension from the practice of law for a minimum of 1 year.

This court has independently reviewed the file and approves the jointly recommended disposition.

Based upon all the files, records, and proceedings herein,

1

IT IS HEREBY ORDERED that:

1.     Respondent John B. Arnold is suspended from the practice of law with no right to petition for reinstatement for a minimum of 1 year;

2.     Respondent may petition for reinstatement pursuant to Rule 18(a)-(d), RLPR.   Reinstatement is conditioned on successful completion of the professional responsibility portion of the state bar examination, satisfaction of continuing legal education requirements pursuant to Rule 18(e), RLPR, and proof of compliance with the terms of respondent's criminal probation;

3.     Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals), and shall pay $900 in costs pursuant to Rule 24, RLPR; and

4.     If respondent violates his criminal probation, the Director may, after notice to respondent and an opportunity to be heard, move the court to impose additional discipline.

Dated: June 26, 2014

BY THE COURT:

_____

Alan C. Page
Associate Justice

2